UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
March 17, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

SHARI BRAVEMAN

                v.                CASE NUMBER: CIV S-09-0175 FCD JFM

NCO FINANCIAL SYSTEMS, INC.


**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT BY PLAINTIFF.**

                                                            Victoria C. Minor,
                                                            Clerk of the Court

ENTERED:    March 17, 2009

                                                            by:_/s/NDDuong_____
                                                            NDDuong, Deputy Clerk